## Moore *et. al. vs.* Cheeseman *et. al.*

Appeal in Chancery from Van Buren Circuit.

The bill in this case was demurred to because it was not sworn to. This, apparently, upon the ground that from some averments in the bill it was to be subjected to the rule requiring creditors' bills to be sworn to. The Court below sustained the demurrer.

We think this was wrong. The bill does not belong to the class

of statutory creditors' bills which are named in the statute to be verified. There is no rule requiring bills in cases of general equity cognizance to be sworn to. Bills that attempt to remove into a court of equity matters cognizable in a court of law, and bills in cases requiring the preliminary act of the Court upon facts stated in the bill if the facts are not otherwise established, should be verified. But the absence of a verification to a bill not requiring it is not the ground of a demurrer.